UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES of AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. |
| | ) | 14-10019-FDS |
| MIGUEL FERNANDES, ALEX GOMES, | ) | |
| KELLY McCLINTON, MICHAEL ALVES, | ) | |
| MARCOS ANDRADE, and NELSON | ) | |
| TEIXEIRA, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**SAYLOR, J.**

A status conference was held in this matter on May 14, 2015. At that time, it came to the Court's attention that defendants Marcos Andrade and Nelson Teixeira appear to be represented by counsel who are father and son and who work at the same law firm.

Fed. R. Crim. P. 44(c)(1)(B) states that: "Joint representation occurs when . . . defendants are represented by the same counsel, or counsel who are associated in law practice." Upon recognizing an apparent instance of joint representation, a court "must promptly inquire about the propriety of joint representation and must personally advise each defendant of the right to the effective assistance of counsel, including separate representation. Unless there is good cause to believe that no conflict of interest is likely to arise, the court must take appropriate measures to protect each defendant's right to counsel." Fed. R. Crim. P. 44(c)(2).

Because defendants Andrade and Teixeira appear to be represented by "counsel who are associated in law practice," the Court must make the necessary inquiry and provide the

appropriate advice to the clients.  Accordingly, the Court will do so at the next scheduled hearing, which has been set for June 4, 2015, at 11:30 a.m.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge

Dated: May 21, 2015